Mark R. Thierman, Cal. Bar No. 72913
Joshua D. Buck, Cal. Bar No. 258325
Leah L. Jones, Cal. Bar No. 276448
THIERMAN BUCK LLP
7287 Lakeside Drive
Reno, Nevada 89511
Tel.: (775) 284-1500
Fax.: (775) 703-5027
mark@thiermanbuck.com
josh@thiermanbuck.com
leah@thiermanbuck.com
*Attorneys for Plaintiff*
*Jason Beard, on behalf of himself and all*
*others similarly situated*

Elayna J. Youchah, Bar No. 5837
JACKSON LEWIS P.C.
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel.: (702) 921-2460
Fax: (702) 921-2461
youchahe@jacksonlewis.com

James A. McKenna *(admitted pro hac vice)*
Jason A. Selvey *(admitted pro hac vice)*
JACKSON LEWIS P.C.
150 North Michigan Avenue, Suite 2500
Chicago, Illinois 60601
Tel.: (312) 787-4949
Fax: (312) 787-4995
mckennaj@jacksonlewis.com
selveyj@jacksonlewis.com

*Attorneys for Defendants*
*Caesars Entertainment Corp. and*
*Caesars Enterprise Services, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JASON BEARD, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CAESARS ENTERTAINMENT CORP., CAESARS ENTERPRISE SERVICES, LLC, and DOES 1-50,<br><br>Defendants. | Case No.: 2:16-cv-00833-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFF'S DEADLINE TO FILE RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>**[FIRST REQUEST]** |

Plaintiff Jason Beard ("Plaintiff") and Defendants Caesars Entertainment Corp. and Caesars Enterprise Services, LLC ("Defendants"), by and through their respective counsel of record, hereby submit the following Stipulation and [Proposed] Order to Extend Plaintiff's Deadline to File Response in Opposition to Defendants' Motion for Judgment on the Pleadings (ECF NO. 20).  Plaintiff seeks a one-week extension to this deadline due to Plaintiff's counsel's heavy workload and travel schedule.  In the next week alone, Plaintiff's counsel has a motion for class certification for filing in federal court in Washington and will be travelling to Kentucky and Las Vegas for court appearances.

This request is made in good faith to accommodate the schedule of Plaintiff's counsel, is not made for the purpose of delay, and will not result in any undue delay or prejudice to either party.  Accordingly, the parties have agreed and hereby stipulate that Plaintiff's response of the pending motion for judgment on the pleadings will now be due on or before **August 29, 2016.**

| Dated:  August 12, 2016 | Dated:  August 12, 2016 |
|---|---|
| /s/ Joshua D. Buck | /s/ Elayna J. Youchah |

Mark R. Thierman, Cal. Bar No. 72913
Joshua D. Buck, Cal. Bar No. 258325
Leah L. Jones, Cal. Bar No. 276448
THIERMAN BUCK LLP
7287 Lakeside Drive
Reno, CA  89511

*Attorneys for Plaintiff
Jason Beard, on behalf of himself and all others similarly situated*

Elayna J. Youchah, Bar No. 5837
JACKSON LEWIS P.C.
3800 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169

James A. McKenna *(admitted pro hac vice)*
Jason A. Selvey *(admitted pro hac vice)*
JACKSON LEWIS P.C.
150 North Michigan Avenue, Suite 2500
Chicago, Illinois 60601

*Attorneys for Defendants
Caesars Entertainment Corp. and
Caesars Enterprise Services, LLC*

### **ORDER**

IT IS SO ORDERED.

Dated:  August 12, 2016.

_____
UNITED STATES DISTRICT JUDGE