Mark R. Thierman, Nev. Bar No. 8285
Joshua D. Buck, Nev. Bar No. 12187
Leah L. Jones, Nev. Bar No. 13161
THIERMAN BUCK LLP
7287 Lakeside Drive
Reno, Nevada 89511
Tel.: (775) 284-1500
Fax.: (775) 703-5027
mark@thiermanbuck.com
josh@thiermanbuck.com
leah@thiermanbuck.com
*Attorneys for Plaintiff
Jason Beard, on behalf of himself and all
others similarly situated*

Elayna J. Youchah, Bar No. 5837
JACKSON LEWIS P.C.
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel.: (702) 921-2460
Fax: (702) 921-2461
youchahe@jacksonlewis.com

James A. McKenna *(admitted pro hac vice)*
Jason A. Selvey *(admitted pro hac vice)*
JACKSON LEWIS P.C.
150 North Michigan Avenue, Suite 2500
Chicago, Illinois 60601
Tel.: (312) 787-4949
Fax: (312) 787-4995
mckennaj@jacksonlewis.com
selveyj@jacksonlewis.com

*Attorneys for Defendants
Caesars Entertainment Corp. and
Caesars Enterprise Services, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JASON BEARD, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CAESARS ENTERTAINMENT CORP., CAESARS ENTERPRISE SERVICES, LLC, and DOES 1-50,<br><br>Defendants. | Case No.: 2:16-cv-00833-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFF'S DEADLINE TO FILE RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>**[SECOND REQUEST]**<br><br>ECF No. 23 |

- 1 –

1  Plaintiff Jason Beard ("Plaintiff") and Defendants Caesars Entertainment Corp. and
2 Caesars Enterprise Services, LLC ("Defendants"), by and through their respective counsel of
3 record, hereby submit the following Stipulation and [Proposed] Order to Extend Plaintiff's
4 Deadline to File Response in Opposition to Defendants' Motion for Judgment on the Pleadings
5 (ECF NO. 20).  This is Plaintiff's second request.  The Court previously granted Plaintiff a one-
6 week extension to file his Response, up to and including August 29, 2016 (ECF No. 22).

7  Plaintiff's counsel inadvertently failed to file the Opposition to Defendant's Motion for
8 Judgment on the Pleadings on August 29, 2016.  Upon realizing such inadvertence, Plaintiff's
9 counsel immediately emailed counsel for Defendants and sought a stipulation to file said
10 Opposition on August 30, 2016, to which Defendants' counsel has agreed.

11  This request is not made for the purpose of delay, and will not result in any undue delay
12 or prejudice to either party.  Accordingly, the parties have agreed and hereby stipulate that
13 / / /
14 / / /
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

- 2 –

**THIERMAN BUCK LLP**
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email info@thiermanbuck.com; www.thiermanbuck.com

Plaintiff's response of the pending motion for judgment on the pleadings will now be due on or before **August 30, 2016.**

Dated:  August 30, 2016

/s/Joshua D. Buck
Mark R. Thierman, Nev. Bar No. 8285
Joshua D. Buck, Nev. Bar No. 12187
Leah L. Jones, Nev. Bar No. 13161
THIERMAN BUCK LLP
7287 Lakeside Drive
Reno, NV  89511
Tel.: (775) 284-1500
Fax.: (775) 703-5027
mark@thiermanbuck.com
josh@thiermanbuck.com
leah@thiermanbuck.com

*Attorneys for Plaintiff*
*Jason Beard, on behalf of himself and all others similarly situated*

Dated:  August 30, 2016

/s/Elayna J. Youchah
Elayna J. Youchah, Bar No. 5837
JACKSON LEWIS P.C.
3800 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tel.: (702) 921-2460
Fax: (702) 921-2461
youchahe@jacksonlewis.com

James A. McKenna *(admitted pro hac vice)*
Jason A. Selvey *(admitted pro hac vice)*
JACKSON LEWIS P.C.
150 North Michigan Avenue, Suite 2500
Chicago, Illinois 60601
Tel.: (312) 787-4949
Fax: (312) 787-4995
mckennaj@jacksonlewis.com
selveyj@jacksonlewis.com

*Attorneys for Defendants*
*Caesars Entertainment Corp. and*
*Caesars Enterprise Services, LLC*

**ORDER**

IT IS SO ORDERED this  31st  day of   August  , 2016.

nunc pro tunc to August 29, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE

- 3 –