Mark R. Thierman, Nev. Bar No. 8285
Joshua D. Buck, Nev. Bar No. 12187
Leah L. Jones, Nev. Bar No. 13161
THIERMAN BUCK LLP
7287 Lakeside Drive
Reno, Nevada  89511
Tel.: (775) 284-1500
Fax.: (775) 703-5027
mark@thiermanbuck.com
josh@thiermanbuck.com
leah@thiermanbuck.com
*Attorneys for Plaintiff*
*Jason Beard, on behalf of himself and all*
*others similarly situated*

Elayna J. Youchah, Bar No. 5837
JACKSON LEWIS P.C.
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel.: (702) 921-2460
Fax: (702) 921-2461
youchahe@jacksonlewis.com

James A. McKenna *(admitted pro hac vice)*
Jason A. Selvey *(admitted pro hac vice)*
JACKSON LEWIS P.C.
150 North Michigan Avenue, Suite 2500
Chicago, Illinois 60601
Tel.: (312) 787-4949
Fax: (312) 787-4995
mckennaj@jacksonlewis.com
selveyj@jacksonlewis.com
*Attorneys for Defendants*
*Caesars Entertainment Corp. and*
*Caesars Enterprise Services, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JASON BEARD, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CAESARS ENTERTAINMENT CORP., CAESARS ENTERPRISE SERVICES, LLC, and DOES 1-50,<br><br>Defendants. | Case No.: 2:16-cv-00833-JAD-NJK<br><br>**ORDER DENYING MOTIONS AS MOOT IN LIGHT OF PENDING SETTLEMENT**<br><br>ECF No. 18, 20, 34, 36 |

- 1 –

Plaintiff Jason Beard ("Plaintiff") and Defendants Caesars Entertainment Corp. and Caesars Enterprise Services, LLC ("Defendants"), by and through their respective counsel of record (collectively "the Parties"), hereby notify that the Court that the Parties have entered in to a tentative settlement in this matter. The Parties will be drafting formal settlement documents in the coming weeks, including the necessary motions for preliminary approval of the class action settlement and all related papers. Therefore, the Parties respectfully request a hearing date for preliminary approval of the class action settlement be held the first or second week of March 2017.

Respectfully Submitted,

Dated: January 23, 2017

/s/Joshua D. Buck
Mark R. Thierman, Nev. Bar No. 8285
Joshua D. Buck, Nev. Bar No. 12187
Leah L. Jones, Nev. Bar No. 13161
THIERMAN BUCK LLP
7287 Lakeside Drive
Reno, NV 89511
Tel.: (775) 284-1500
Fax.: (775) 703-5027
mark@thiermanbuck.com
josh@thiermanbuck.com
leah@thiermanbuck.com

*Attorneys for Plaintiff*
*Jason Beard, on behalf of himself and all others similarly situated*

Dated: January 23, 2017

/s/Elayna J. Youchah
Elayna J. Youchah, Bar No. 5837
JACKSON LEWIS P.C.
3800 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tel.: (702) 921-2460
Fax: (702) 921-2461
youchahe@jacksonlewis.com

James A. McKenna *(admitted pro hac vice)*
Jason A. Selvey *(admitted pro hac vice)*
JACKSON LEWIS P.C.
150 North Michigan Avenue, Suite 2500
Chicago, Illinois 60601
Tel.: (312) 787-4949
Fax: (312) 787-4995
mckennaj@jacksonlewis.com
selveyj@jacksonlewis.com

*Attorneys for Defendants*
*Caesars Entertainment Corp. and*
*Caesars Enterprise Services, LLC*

### ORDER

In light of the impending settlement as announced by this stipulation [#36], IT IS HEREBY ORDERED that **all pending motions [##18, 20, 34] are DENIED** as moot. The court will set a hearing date for the motion for preliminary approval of class settlement once the motion for preliminary approval has been filed.

_____
Jennifer Dorsey
U.S. District Judge  2-3-17