Mark R. Thierman, Nev. Bar No. 8285
mark@thiermanbuck.com
Joshua D. Buck, Nev. Bar No. 12187
josh@thiermanbuck.com
Leah L. Jones, Nev. Bar No. 13161
leah@thiermanbuck.com
THIERMAN BUCK, LLP
7287 Lakeside Drive
Reno, Nevada 89511
Tel. (775) 284-1500
Fax. (775) 703-5027
*Attorneys for Plaintiffs Jason Beard,
on behalf of himself and all others
similarly situated*

Elayna J. Youchah, Nev. Bar No. 5837
youchae@jacksonlewis.com
JACKSON LEWIS P.C.
3800 Howard Hughes Parkway
Suite 600
Las Vegas, NV 89169
Tel. (702) 921-246
Fax. (702) 921-2461

James A. McKenna *(admitted pro hac vice)*
mckennaj@jacksonlewis.com
Jason A. Selvey *(admitted pro hac vice)*
selveyj@jacksonlewis.com
JACKSON LEWIS P.C.
150 North Michigan Avenue, Suite 2500
Chicago, Illinois 60601
Tel. (312) 787-4949
Fax: (312) 787-4995

*Attorneys for Defendants Caesars
Entertainment Corp. and Caesars Enterprise
Services, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JASON BEARD, on behalf of himself and all others similarly situated,<br><br>       Plaintiffs,<br><br>    vs.<br><br>CAESARS ENTERTAINMENT CORP., CAESARS ENTERPRISE SERVICES, LLC, and DOES 1-50,<br><br>       Defendants. | Case No.: 2:16-cv-00833-JAD-NJK<br><br>**ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

THIERMAN BUCK, LLP
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email info@thiermanbuck.com; www.thiermanbuck.com

TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

The Application for Preliminary Approval of a Class Action Settlement came before this Court, the Honorable Jennifer A. Dorsey presiding, on May 22, 2017. This Court, having considered the papers submitted in support of the application of the parties, HEREBY ORDERS THE FOLLOWING:

1.  This Court grants preliminary approval of the Settlement and the Settlement Classes based upon the terms set forth in the Joint Stipulation of Settlement and Release between Plaintiffs and Defendant ("Stipulation of Settlement") filed herewith. The Settlement appears to be fair, adequate and reasonable to the Class.

2.  The Settlement falls within the range of reasonableness and appears to be presumptively valid, subject only to any objections that may be raised at the final fairness hearing and final approval by this Court.

3.  A final fairness hearing on the question of whether the proposed Settlement, attorneys' fees to Class Counsel, and the Class Representative Enhancement Awards should be finally approved as fair, reasonable and adequate as to the members of the Class is scheduled in accordance with the Implementation Schedule set forth below.

4.  This Court approves, as to form and content, the Notice of Pendency of Class Action, Proposed Class Action Settlement, and Hearing Date for Court Approval ("Notice of Pendency of Class Action"), the Claim Form, and the Request for Exclusion form, in substantially the form attached as Exhibits A and B to the Stipulation of Settlement. This Court approves the procedure for Class Members to participate in, to opt out of and to object to, the Settlement as set forth in the Notice of Pendency of Class Action.

**THIERMAN BUCK, LLP**
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email info@thiermanbuck.com; www.thiermanbuck.com

5. This Court directs the mailing of the Notice of Pendency of Class Action and Proposed Settlement, and the Claim Forms by first class mail to the Class Members in accordance with the Implementation Schedule set forth below. This Court finds the dates selected for the mailing and distribution of the Notice and the Claim Form, as set forth in the Implementation Schedule, meet the requirements of due process and provide the best notice practicable under the circumstances and shall constitute due and sufficient notice to all persons entitled thereto.

6. It is ordered that the Settlement Class is preliminarily certified for settlement purposes only.

7. This Court confirms Plaintiff Jason Beard as Class Representative and Thierman Buck, LLP as Class Counsel.

8. This Court confirms Simpluris as the Claims Administrator.

9. To facilitate administration of the Settlement pending final approval, this Court hereby enjoins Plaintiff and all Class Members from filing or prosecuting any claims, suits or administrative proceedings (including filing claims with the Nevada Office of the Labor Commissioner) regarding claims released by the Settlement unless and until such Class Members have filed valid Requests for Exclusion with the Claims Administrator and the time for filing claims with the Claims Administrator has elapsed.

10. This Court orders the following **Implementation Schedule** for further proceedings:

| a. | Deadline for Defendant to Submit Class Member Information to Claims Administrator | June 1, 2017<br>[10 calendar days after Order granting Preliminary Approval] |
|---|---|---|

**THIERMAN BUCK, LLP**
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email info@thiermanbuck.com; www.thiermanbuck.com

| b. | Deadline for Claims Administrator to Mail the Notice and the Claim Form to Class Members | June 5, 2017 [14 calendar days after Order granting Preliminary Approval] |
|---|---|---|
| c. | Deadline for Class Members to Postmark Claim Forms | July 5, 2017 [30 calendar days after initial mailing of the Notice and Claim Form to Class Members] |
| d. | Deadline for Class Members to Postmark Requests for Exclusions | July 5, 2017 [30 calendar days after initial mailing of the Notice and Claim Form to Class Members] |
| e. | Deadline for Receipt by Court and Counsel of any Objections to Settlement | July 5, 2017 [30 calendar days after initial mailing of the Notice and Claim Form to Class Members] |
| f. | Deadline for Class Counsel to file Motion for Final Approval of Settlement, Attorneys' Fees, Costs, and Enhancement Award | September 1, 2017 [7 calendar days before Final Approval Hearing] |
| g. | Deadline for Class Counsel to File Declaration from Claims Administrator of Due Diligence and Proof of Mailing | September 1, 2017 [7 calendar days before Final Approval Hearing] |
| h. | Final Fairness Hearing in Department 21 and Final Approval | September 8, 2017 at 10:00 a.m. |
| i. | Deadline for Defendant to Fund Settlement Account maintained by Claims Administrator | _____, 2017 [10 days after Effective Date] |
| j. | Deadline for Claims Administrator to wire transfer the Attorneys' Fees and Costs to Class Counsel (if Settlement is Effective) | _____, 2017 [5 calendar days after Defendant Funds Settlement Account] |

| k. | Deadline for Claims Administrator to mail the Settlement Awards to Class Members and the Enhancement Awards to Class Representatives (if Settlement is Effective) | [10 days after Defendant Funds Settlement Account] |
|---|---|---|
| L. | Claims Administrator to File Proof of Payment of Settlement Awards, Enhancement Award, Attorneys' Fees and Costs (if Settlement is Effective) | _____, 2017 [90 calendar days after Effective Date] |

**IT IS SO ORDERED.**

Dated:  5/23/2017

_____
Honorable Jennifer A. Dorsey
U.S. District Court Judge