Mark R. Thierman, Nev. Bar No. 8285
mark@thiermanbuck.com
Joshua D. Buck, Nev. Bar No. 12187
josh@thiermanbuck.com
Leah L. Jones, Nev. Bar No. 13161
leah@thiermanbuck.com
THIERMAN BUCK, LLP
7287 Lakeside Drive
Reno, Nevada 89511
Tel. (775) 284-1500
Fax. (775) 703-5027

*Attorneys for Plaintiffs Jason Beard, on behalf of himself and all others similarly situated*

Elayna J. Youchah, Nev. Bar No. 5837
youchae@jacksonlewis.com
JACKSON LEWIS P.C.
3800 Howard Hughes Parkway
Suite 600
Las Vegas, NV 89169
Tel. (702) 921-246
Fax. (702) 921-2461

James A. McKenna *(admitted pro hac vice)*
mckennaj@jacksonlewis.com
Jason A. Selvey *(admitted pro hac vice)*
selveyj@jacksonlewis.com
JACKSON LEWIS P.C.
150 North Michigan Avenue, Suite 2500
Chicago, Illinois 60601
Tel. (312) 787-4949
Fax: (312) 787-4995

*Attorneys for Defendants Caesars Entertainment Corp. and Caesars Enterprise Services, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JASON BEARD, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CAESARS ENTERTAINMENT CORP., CAESARS ENTERPRISE SERVICES, LLC, and DOES 1-50,<br><br>Defendants. | Case No.: 2:16-cv-00833-JAD-NJK<br><br>**ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

On September 8, 2017, this Court considered the Joint Motion for Final Approval of Class Action Settlement. Counsel for Plaintiff and Defendant appeared at the hearing. Having fully considered the motion, comments of counsel, and all supporting legal authorities, the Court orders as follows:

IT IS HEREBY ORDERED THAT:

1. This Court has jurisdiction over the subject matter of this litigation and personal jurisdiction over the named-plaintiff, all settlement class members, and defendants.

2. The Court adopts the defined terms in the Settlement Agreement.

3. Distribution of the Notice, Claim Form and the Exclusion Form directed to the Class Members as set forth in the Stipulation of Settlement and the other matters set forth therein have been completed in conformity with the Preliminary Approval Order, including individual notice to all Class Members who could be identified through reasonable effort, and as otherwise set forth in the Stipulation of Settlement. The Notice provided due and adequate notice of the proceedings and of the matters set forth therein, including the proposed Settlement set forth in the Stipulation of Settlement, to all persons entitled to such a Notice, and the Notice fully satisfied the requirements of due process. All Class Members and all Released Claims are covered by and included within the Settlement and the Court's Final Order and Judgment.

4. The Court confirms the appointment of Jason Beard as class representative. The Court approves the enhancement payment of $10,000 to Mr. Beard, as set forth in the Settlement Agreement.

5. The Court confirms the appointment of Thierman Buck LLP as class counsel for the settlement class and approves their requests for attorneys' fees and litigation costs of $59,000 and $2,000, respectively.

6. The Court grants final approval to this settlement and finds that the settlement is fair, reasonable, and adequate in all respects, including the attorneys' fees, costs, and incentive award provisions. The Court specifically finds that the settlement confers a substantial benefit to settlement class members, considering the strength of plaintiff's claims and the risk, expense,

THIERMAN BUCK, LLP
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email info@thiermanbuck.com; www.thiermanbuck.com

complexity, and duration of further litigation. The response of the class supports settlement approval. No class members objected to the settlement and only two requested exclusion from the settlement. The Court further finds that the settlement is the result of arms-length negotiations between experienced counsel representing the interests of both sides, which supports approval of the settlement in accordance with the standards set forth in the joint motion for final approval of settlement. Settlement negotiations were not commenced until both sides had thoroughly investigated and researched the claims and defenses herein.

8. The Court finds that as of the date of this Order each and every class member has waived and shall be deemed to have fully, finally, and forever released, relinquished, and discharged all Released Claims (including unknown claims), as set forth in the Settlement Agreement and Notice of Class Action Settlement.

9. The Court finds that the settlement administrator Simpluris is entitled to $6,199 for administrative fees.

10. The Court directs the parties to effectuate the settlement terms as set forth in the Settlement Agreement and the settlement administrator to calculate and pay the claims of the class members in accordance with the terms set forth in the Settlement Agreement.

11. The Complaint is dismissed on the merits and with prejudice.

12. The Court retains jurisdiction to enforce the terms of the settlement, including the payment of the settlement fund.

**IT IS SO ORDERED.**

Dated: 9/8/2017

_____
Honorable Jennifer A. Dorsey
District Court Judge